**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Chapter 11 |
| Gene Villamiel | ) | Case No. 14-04057 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | Honorable Judge Jack B. Schmetterer |

NOTICE OF MOTION

PLEASE TAKE NOTICE that on June 2, 2015 at 10:00 a.m., the undersigned will appear before the Honorable Judge Jack B. Schmetterer at the Everett McKinley Dirksen United States Courthouse, located at 219 South Dearborn Street, Room 682, Chicago, Illinois and will then and there present the attached **MOTION FOR ENTRY OF FINAL DECREE INCLUDING ENTRY OF DISCHARGE OF DEBTOR**, at which time you may appear if you so choose.

BY:   S/PENELOPE N. BACH, OF COUNSEL
        SULAIMAN LAW GROUP, LTD.
        COUNSEL FOR DEBTOR(S)
        900 JORIE BOULEVARD, SUITE 150
        OAK BROOK, IL 60523
        PHONE: (630) 575-8181
        FAX: (630) 575-8188
        ATTORNEY NO: 6209530

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| Gene Villamiel ) | Case No. 14-04057 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | Honorable Judge Jack B. Schmetterer |

### MOTION FOR ENTRY OF FINAL DECREE

NOW COMES the Reorganized Debtor, Gene Villamiel, by his attorneys, PAUL M. BACH and PENELOPE N. BACH, of Sulaiman Law Group, Ltd., and ask this Honorable Court to enter a Final Decree, as well as closing this case with a reservation of jurisdiction to reopen this case for any of the reasons stated in the confirmed Chapter 11 Plan and/or Disclosure Statement.  In support thereof, the Reorganized Debtor states as follows:

1. On February 10, 2014, the Debtor filed a Voluntary Petition for Relief, according to the provisions of Chapter 11 of the Code.

2. On March 25, 2015, this Court held a hearing and entered an Order pursuant to Section 1129 of the bankruptcy Code confirming the Debtors' Plan of Reorganization.

3. The plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code. *See* attached Exhibit A, a true and correct copy of the Debtor's proof of payments for April and May.

4. Debtor  requests that this Court enter a final decree closing this Chapter 11 case.  The final decree should expressly reserve jurisdiction in this Court for all pending matters, all final fee hearings, and those matters enumerated in Article VI of the Plan.

WHEREFORE, the Reorganized Debtor, Gene Villamiel, asks this Honorable Court to enter a Final Decree closing this Chapter 11 case with an express reservation of jurisdiction as requested in this Motion, and for such other relief as is just and equitable.

Respectively Submitted,
Gene Villamiel

By: /s/ Penelope N. Bach

Mrs. Penelope N. Bach, Esq., Of Counsel
Sulaiman Law Group, Ltd.
Attorneys At Law
900 Jorie Boulevard
Suite 150
Oak Brook, Illinois 60523
Phone (630) 575 - 8181