UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  ) BK No.: 14-04057
GENE VILLAMIEL  )
  )
  ) Chapter: 11
  )
  ) Honorable Jack Schmetterer
  )
  )
Debtor(s)  )

## FINAL DECREE AND ORDER CLOSING BANKRUPTCY CASE

This matter coming to be heard upon the motion of GENE VILLAMIEL, the Reorganized Debtor (the "Debtor"), for entry of a Final Decree and to Close the Bankruptcy Case (the "Motion); proper notice having been provided; no creditor or party in interest having objected to the entry of a Final Decree and Order Closing this Bankruptcy Case; Based on review and consideration, the Court finds that (1) notice of the Motion was adequate under the circumstances and no other notice need be given; (2) the Debtor's Confirmed Plan of Reorganization (the "Plan") has been substantially consummated; and (3) other good and sufficient cause exists for the granting the relief requested in this Motion; and this Court being fully advised in the premises; Now, therefore IT IS HEREBY ORDERED:

1. The Motion is granted.
2. Pursuant to Bankruptcy Code section 350(a), the Bankruptcy case is closed effective upon entry of this Final Decree and Order.
3. Notwithstanding this Final Decree and Order and the closing of the Bankruptcy Case:
    a) The Debtor shall continue to be authorized to take any and all action required or reasonably contemplated by the Plan and the Order confirming the Plan (the "Confirmation Order");
    b) This Court shall retain jurisdiction in accordance with the Confirmation Order and Plan;
    c) The Debtor is required to pay all outstanding US Trustee quarterly fees owed by the Debtor pursuant to 28 USC 1930 through and including entry of this Final Decree;
    d) Pursuant to 11 USC 1141(d)(5), the Debtor shall not receive a discharge of his debts unless and until, after notice and a hearing, this Court grants a discharge either (i) upon completion of all payments under the Plan pursuant to 11 USC 1141(d)(5)(A) or (ii) prior to completion of all payments under the Plan if the Debtor meets the requirements under 1141(d)(5)(B). In order to obtain a discharge, the Debtor will need to reopen the Bankruptcy Case.
4. The Debtor shall serve a copy of this Order on all known creditors within seven (7) days of the entry of this Order.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: June 02, 2015

**Prepared by:**

PENELOPE N. BACH, OF COUNSEL
SULAIMAN LAW GROUP, LTD.
COUNSEL FOR DEBTOR(S)
900 JORIE BOULEVARD, SUITE 150
OAK BROOK, IL 60523
PHONE: (630) 575-8181
FAX: (630) 575-8188
ATTORNEY NO: 6284659